UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:

AMANDA VARONA,

    Plaintiff,

v.

FESTIVAL FUN PARKS, LLC
d/b/a MIAMI SEAQUARIUM,
PALACE ENTERTAINMENT HOLDINGS, LLC
d/b/a MIAMI SEAQUARIUM, AND
FERNANDO EIROA, Individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** Defendants, Festival Fun Parks, LLC ("Festival")[1], have removed this cause to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1441. The grounds for removal are:

1. On or about January 11, 2017, a civil action was filed in the Eleventh Judicial Circuit, Miami-Dade County, Florida entitled *Amanda Varona, and other similarly situated non-exempt sales coordinators v. Festival Fun Parks, LLC d/b/a Miami Seaquarium, Palace Entertainment Holdings, LLC d/b/a Miami Seaquarium and Fernando Eiroa, Individually*, Case No. 2017-000687-CA-01. Other than the filing of the Complaint and the Summons, no proceedings have transpired in this matter.

2. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings and documents filed and served in this action are attached hereto as Exhibit "A."

---

[1] Defendants Palace Entertainment Holdings, LLC and Fernando Eiroa have not been served.

3. Festival accepted service on February 16, 2017. This Notice of Removal is filed within thirty (30) days of the Complaint being served, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1446(d), Festival, concurrently with the filing of this Notice of Removal, served written notice thereof to all adverse parties and has filed a copy of this Notice with the Clerk of the Eleventh Judicial Circuit, Miami-Dade County, Florida, from which this case was removed. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

## FEDERAL QUESTION JURISDICTION

5. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case can be removed to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing a federal question cause of action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (See Complaint, ¶ ¶ 1, 34-69).

6. Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441.

Festival accordingly requests the removal of this case from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to this Court.

Date: March 8, 2017

Respectfully submitted,

By:   */s/Steven A. Siegel*
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 8, 2017**, I electronically filed the foregoing **NOTICE OF REMOVAL** document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF and/or via U.S. Mail.

                                                   */s/Steven A. Siegel*
                                                   Steven A. Siegel
                                                   Fla. Bar No. 497274
                                                   ssiegel@fisherphillips.com
                                                   FISHER & PHILLIPS LLP
                                                   450 East Las Olas Boulevard
                                                   Suite 800
                                                   Fort Lauderdale, FL 33301
                                                   Telephone (954) 525-4800
                                                   Facsimile (954) 525-8739

                                                   *Attorney for Defendant*

# SERVICE LIST

**United States District Court – Southern District of Florida**
**Amanda Varona v. Morrison Management Specialists, Inc.**
**Case No.:**

| | |
|---|---|
| Jason S. Remer | Steven A. Siegel |
| jremer@rgpattorneys.com | ssiegel@fisherphillips.com |
| Remer & Georges-Pierre, PLLC | FISHER & PHILLIPS LLP |
| 44 West Flagler Street | 450 East Las Olas Boulevard |
| Suite 200 | Suite 800 |
| Miami, Florida 33130 | Ft. Lauderdale, Florida 33301 |
| Telephone (305) 416-5000 | Telephone: (954) 525-4800 |
| Facsimile (305) 416-5005 | Facsimile: (954) 525-8739 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |